In the Matter of the Application of BRIDGEVILLE FARMS, INC., Petitioner, for an Order of Certiorari against CHARLES H. BALDWIN and Others, as and Constituting the Milk Control Board of the State of New York, Respondents.* —

* Affd., 265 N. Y. ——.

Determination confirmed, with fifty dollars costs and disbursements. Hill, P. J., Rhodes, Crapser and Heffernan, JJ., concur; Bliss, J., dissents.